**Order entered May 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00203-CR

**JOAN NOIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F13-58111-L**

## ORDER

The Court **REINSTATES** this appeal.

On April 29, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On May 26, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the April 29, 2015 order requiring findings.

We **GRANT** the extension motion and order appellant's brief filed as of the date of this order.

We note that the trial court's certification states both that the case involves a plea bargain and that appellant waived the right to appeal. The record reflects that appellant pleaded not guilty to the charge and was found guilty by a jury. The record also reflects that the jury

assessed punishment. Therefore, the statements in the certification do not appear to be supported by the record. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

Accordingly, we **ORDER** the trial court to prepare and file, within **TEN DAYS** of the date of this order, an amended certification of appellant's right to appeal that accurately reflects the trial court proceedings. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE